FILED

FEB 21 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 4:19CR146 RLW/SPM |
| v. | ) |
| | ) |
| GARY SCOTT HANCOCK, | ) |
| a/k/a "Scott," | ) |
| | ) |
| Defendant. | |

**INDICTMENT**

**COUNT I**

The Grand Jury charges that:

On or about October 13, 2018, within the Eastern District of Missouri, the defendant,

**GARY SCOTT HANCOCK, a/k/a "Scott,"**

did knowingly and intentionally distribute a controlled substance to T.G., a person whose identity is known to the Grand Jury, in violation of Title 21, United States Code, Section 841(a)(1), and;

that the death of T.G. resulted from the use of such controlled substance distributed by

1

defendant, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO   63102

2