UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 4:19CR146 RLW |
| GARY SCOTT HANCOCK, | ) |  |
| Defendant. | ) |  |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation and Order of United States Magistrate Judge Shirley Padmore Mensah (ECF No. 55). Defendant Gary Scott Hancock ("Hancock") filed a Motion to Suppress Evidence and Statements (ECF No. 40). The Government filed a Response (ECF No. 42), and Magistrate Judge Mensah held an evidentiary hearing on Hancock's Motion to Suppress and one other motion on August 27, 2019 (ECF No. 45).[1]

Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Mensah, who filed a Report and Recommendation and Order on October 16, 2019 (ECF No. 55). The Magistrate Judge recommends that Defendant Hancock's Motion to Suppress Statements be denied. Neither party has filed objections to the Report and Recommendation and Order.[2] After *de novo* review of this matter, this Court adopts the Magistrate Judge's recommendation.

---

[1] Also pending before Magistrate Judge Mensah was Hancock's Motion for Early Disclosure of All Jencks Act Materials (ECF No. 39). Magistrate Judge Mensah disposed of this motion by Order, and the motion is not presently before this Court.

[2] Hancock filed an Objection to the Report and Recommendation on October 30, 2019 but thereafter filed a request to withdraw any objections (ECF Nos. 59, 60).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation and Order of United States Magistrate Judge as to Defendant Gary Scott Hancock (ECF No. 55) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Evidence and Statements (ECF No. 40) is **DENIED.**

**IT IS FINALLY ORDERED** that Defendant's Motion to Withdraw his Objections to the Report and Recommendation (ECF No. 60) is **GRANTED.**

Dated this 4th day of November, 2019.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**